UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WILBERT WILLIAMS, IV | * | CIVIL ACTION NO. 2:15-cv-2192 |
| | * | |
| v. | * | JUDGE MINALDI |
| | * | |
| VIC SALVADOR, ET AL | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 7) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that plaintiff's civil rights complaint is **DISMISSED** in accordance with the provisions of FED. R. CIV. P. 41(b) and LR41.3W.

Lake Charles, Louisiana, this 14 day of July, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE